IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS R. FRANCO, and MATILDE GUTIERREZ,<br><br>        Plaintiffs,<br>v.<br><br>WILSHIRE CREDIT CORP., a Nevada corporation, QUALITY LOAN SERVICE CORP., a California corporation, and DOES 1-20, inclusive,<br><br>        Defendants. | 1:09-CV-428  AWI GSA<br><br>ORDER VACATING SEPTEMBER 14, 2009, HEARING AND TAKING MATTER UNDER SUBMISSION |

    Defendant Wilshire Credit Corp. has noticed for hearing and decision a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6). The matter was scheduled for hearing to be held on September 14, 2009. Pursuant to Local Rule 78-230(c), Plaintiffs were required to file either an opposition or a notice of non-opposition no later than August 31, 2009. Plaintiffs failed to do so. Due to Plaintiffs' failure to file a timely opposition or notice of non-opposition, they are in violation of the Local Rules. See 78-230(c). Plaintiffs are further not entitled to be heard at oral argument in opposition to the motion. See 78-230(c). The Court has reviewed the motion and the applicable law, and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

1  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September
2  14, 2009, is VACATED, and no party shall appear at that time.  As of September 14, 2009, the
3  Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   September 8, 2009**            /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE